# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff | ) |
| v. | ) Case No.: [To Be Assigned] |
| DAVID YOST, in his official capacity as Ohio Attorney General, | ) **Jury Trial Requested** |
|     Defendant | ) |

**DECLARATION OF JOHN DOE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, appearing as John Doe, declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in this action, proceeding under the pseudonym John Doe. I am over the age of 18 and I am legal sound and mind and have personal knowledge of the facts stated herein.

2. After serving a 10-year sentence for a non-contact offense under 18 U.S.C. 2252, I was released from custody and moved to Cleveland, Ohio, to rebuild my life.

3. I immediately secured full-time employment as technician, a career I have maintained to this day. I also secured stable housing and have been a model tenant for five years.

4. I have done well with with the terms of my federal supervised release. Over the past several years, I have made such consistent positive progress that my probation requirements have been significantly eased by my supervising officer, including reducing my polygraph examination frequency from biannually to annually.

5, On May 19, 2025, my landlord issued a 3-day eviction notice. A true and accurate copy of this notice is attached as Exhibit 1 to my Petition. The sole basis for this eviction notice is my Tier II registration status.

6. Following this notice, a formal eviction action was filed against me in the Cleveland Housing Court, Case No. 2025-CVG-0086XX. A trial in that matter is scheduled for July 1, 2025.

7. If an eviction is ordered, I will suffer immediate and irreparable harm. My status as a registered person makes finding new housing extraordinarily difficult, and I face the imminent threat of homelessness, which would destabilize my employment and my life.

Respectfully Submitted,

_____          6-23-2025
John Doe                                                  June 23, 2025

I HEREBY CERTIFY that this Declaratory Statement has been furnished to the following to the best of knowledge.

Clerk of Court                                            David Yost, Ohio Attorney General

801 West Superior Ave.                          30 E. Broad St., 14th Fl.

Cleveland, Ohio 44113                           Columbus, OH 43215

EXHIBIT

Exhibit 1: 3-Day Eviction Notice dated May 19, 2025.

Exhibit 2: Housing Court Trial Docket