UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW ERIC ZUPKO, | ) | Case No. 1:25-cv-1296 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jennifer Dowdell Armstrong |
| OHIO ATTORNEY GENERAL, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

On December 29, 2025, this case was reassigned with objections pending to the Magistrate Judge's Order dated July 9, 2025 and a motion to dismiss fully briefed as of August 11, 2025. Plaintiff requests a status conference. (ECF No. 27.) The Court will hold a status conference by Zoom on March 18, 2026 at 3:00 pm.

**SO ORDERED.**

Dated: March 2, 2026

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio